**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN W. POE,           ) | NO. CV 07-3920-DDP(CW) |
|                        ) | |
|        Petitioner,     ) | |
|                        ) | ORDER ACCEPTING REPORT |
|    v.                  ) | AND RECOMMENDATION OF |
|                        ) | MAGISTRATE JUDGE |
| TOMMY FELKER (Warden), ) | |
|                        ) | |
|        Respondent.     ) | |
| _____) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objection has been made.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: October 21, 2015

_____
DEAN D. PREGERSON
United States District Judge