**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOHN W. POE, | ) | NO. CV 07-3920-DDP(CW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| TOMMY FELKER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: October 21, 2015

_____
DEAN D. PREGERSON
United States District Judge